*E-FILED - 12/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARCOS C. GUILLEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. BENNETT, et al.,<br><br>　　　　　　　　　　Defendants. | C 05-4910 RMW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

　　　Defendants move for an eighteen-day extension of time, up to and including December 19, 2008, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

　　　IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including December 19, 2008. Plaintiff shall file his opposition no later than January 20, 2008. And Defendants shall file a reply concerning their dispositive motion no later than fifteen days after Plaintiff's opposition is filed with the Court.

Dated: _12/11/08_

*/s/ Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

20162629.wpd
SF2008402323

[~~Proposed~~] Order Granting Defs.' Mot. EOT File Dispositive Mot.　　　　　*Guillen v. Bennett, et al.*
C 05-4910 RMW

1