1
2
3
4
5
6   *E-FILED - 2/13/09*
7
8
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARCOS C. GUILLEN, | ) | No. C 05-4910 RMW (PR) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. BENNETT, et al., | ) | |
| Defendants. | ) | |

   The court has granted defendants' motion to dismiss.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

   IT IS SO ORDERED.

DATED: __2/12/09__                    *Ronald M. Whyte*
                                      _____
                                      RONALD M. WHYTE
                                      United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.05\Guillen910jud.wpd         1